BRUNSWICK CORPORATION *v.* STATE

TAXATION—CORPORATIONS—FRANCHISE FEE—SURPLUS—COMPUTATION —DEFERRED FEDERAL INCOME TAXES—PUBLIC UTILITIES.

"Reserve for deferred federal income taxes" is included in a corporation's surplus for the purpose of computing the annual franchise fee, except in the case of public utilities.

Appeal from Court of Appeals, Division 2, Lesinski, C. J., and Danhof and Snow, JJ., affirming Court of Claims, William J. Beer, J. Submitted October 6, 1971. (No. 7 October Term 1971, Docket No. 53,057.) Decided December 21, 1971.

25 Mich App 522 reversed.

Complaint by Brunswick Corporation against the State and the Department of Treasury for refund of part of annual franchise fee. Judgment for plain-

―――――――

REFERENCE FOR POINTS IN HEADNOTE
51 Am Jur, Taxation §§ 424, 935.

tiff. Defendants appealed to the Court of Appeals. Affirmed. Defendants appeal. Reversed.

*Miller, Canfield, Paddock & Stone* (by *Richard B. Gushee*), for plaintiff.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, and *William D. Dexter* and *Ronald D. Gregg*, Assistant Attorneys General, for defendants.

BLACK, J. (*for reversal*). Convinced that our four-man majority as it stood last fall was wrong (*National-Standard Company* v. *Department of Treasury* [1970], 384 Mich 184) and that our former view of statutory "surplus" was eminently right,* I agree with Judge QUINN when he wrote, for Division 2 (*United Airlines, Inc.*, v. *Department of Treasury*, 29 Mich App 242, 247):

"Plaintiff's second attack on the computation of its 1967 franchise fee relates to 'reserve for deferred federal income taxes'. Plaintiff does not include this item in surplus. Defendant insists it shall be included in surplus. In *National-Standard Company* v. *Department of Treasury* (1970), 384 Mich 184, a majority of the Supreme Court has finally laid to rest this long-controverted issue. For the purpose of computing the Michigan franchise fee, 'reserve for deferred federal income taxes' is included in surplus, except in the case of public utilities." (Appeal to the Supreme Court dismissed November 9, 1971 for want of a substantial Federal question; 40 LW 3210.)

This means that my vote must be cast to reverse. So cast.

---

* The cases are cited and reviewed in the opinion below, 25 Mich App 522.

T. M. KAVANAGH, C. J., and ADAMS, T. E. BRENNAN, T. G. KAVANAGH, SWAINSON, and WILLIAMS, JJ., concurred with BLACK, J.